1  Kolin C. Tang (SBN 279834)
   Shepherd Finkelman Miller
2   & Shah, LLP
   11755 Wilshire Blvd, 15th Floor
3  Los Angeles, CA 90025
   Telephone: (323) 510-4060
4  Facsimile:  (866) 300-7367
   Email: ktang@sfmslaw.com
5
   *Attorneys for Plaintiff and the Plan*
6
   [Additional Counsel Listed On Signature Page]
7

8           **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOSE H. SOLANO,                                    )
   | Individually and On Behalf of the                  )
12 | WALMART 401(K) PLAN f/ka                           )
   | WAL-MART PROFIT SHARING                            )
13 | AND 401(K) PLAN,                                   )
   |                                                    )
14 |            Plaintiff,                              )  Case No. 2:17-cv-03976-JFW-SK
   |     v.                                             )
15 |                                                    )
   | WAL-MART STORES, INC.,                             )
16 | RETIREMENT PLANS COMMITTEE                         )
   | FOR THE WALMART 401(K) PLAN,                       )
17 | JAMES I. CASH, JR., C. DOUGLAS                     )
   | MCMILLON, GREGORY B. PENNER,                       )
18 | S. ROBSON WALTON, SALLY                            )
   | WELBORN, RUSSELL INVESTMENTS                       )
19 | MANAGEMENT CO., and DOES NO.                       )
   | 1-10, Whose Names Are Currently                    )
20 | Unknown,                                            )
   |            Defendants.                             )
21 |                                                    )

22              **NOTICE OF VOLUNTARY DISMISSAL**

23        NOTICE IS HEREBY GIVEN BY Plaintiff, Jose H. Solano, through his

24  undersigned counsel, that the above-captioned action is voluntarily dismissed,

25  without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

26

27

28
                     NOTICE OF VOLUNTARY DISMISSAL
                                   -1-

| | |
|---|---|
| Dated: July 26, 2017 | By: /s/ Kolin C. Tang |

Kolin C. Tang (SBN 279834)
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
11755 Wilshire Blvd, 15th Floor
Los Angeles, CA 90025
Telephone: (323) 510-4060
Facsimile:  (866) 300-7367
Email: ktang@sfmslaw.com

James E. Miller (SBN 262553)
Laurie Rubinow
Shepherd Finkelman Miller
 & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
           lrubinow@sfmslaw.com

Hassan A. Zavareei
Jeffrey D. Kaliel
Anna C. Haac
Tycko & Zavareei LLP
1828 L Street, NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile:   (202) 973-0950
Email: hzavareei@tzlegal.com
           jkaliel@tzlegal.com
           ahaac@tzlegal.com

Sahag Majarian (SBN 146621)
Law Offices of Sahag Majarian
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile:  (818) 609-0892
Email: sahagii@aol.com

*Attorneys for Plaintiff
and the Plan*

NOTICE OF VOLUNTARY DISMISSAL
-2-

**Certificate of Service**

I HEREBY CERTIFY that on this 26th day of July, that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served by First Class mail on counsel for defendants as follows:

Mr. Paul J. Ondrasik, Jr.
Steptoe & Johnson LLP
330 Connecticut Avenue, NW
Washington, D.C. 20036

/s/ *Kolin C. Tang*
Kolin C. Tang